**Betty Sanders, Administratrix of the Estate of Arthur Bergstrom, Deceased, Appellant, v. Baltimore and Ohio Chicago Terminal Railroad Company, et al., Appellees.**

Gen. No. 47,483.

First District, Third Division.
December 3, 1958.
Released for publication December 29, 1958.

Blowitz & Ozmon, by Robin Burns Herman, for plaintiff-appellant; Noah Walker and Richard Allen, for defendants-appellees. Opinion by JUSTICE BRYANT. **Not to be published in full.**